UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| CARLINE VILBON, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. _____ |
| HB EMPLOYEE SERVICES, LLC, | : | |
| Defendant. | : | |

## NOTICE OF REMOVAL

Defendant HB Employee Services, LLC ("Defendant") files this Notice of Removal in accordance with 28 U.S.C. §§ 1332(a), 1441 and 1446, and hereby removes this action from the Superior Court of the State of Rhode Island, Providence County (the "Superior Court Action") to the United States District Court for the District of Rhode Island.  As its reasons for removal, Defendant states:

## BACKGROUND

1.      By Summons and Complaint, Plaintiff Carline Vilbon ("Vilbon") commenced a civil action against Defendant in Providence County Superior Court titled Carline Vilbon v. HB Employee Services, LLC, C.A. No. PC 20-7233.  A true and correct copy of the Summons and Complaint that Vilbon caused to be served upon Defendant is attached as Exhibit A and constitutes all processes, pleadings and orders served upon Defendant in this action to the present date.  28 U.S.C. § 1446(a).

2.      Defendant was served with the Summons and Complaint in the Superior Court Action on December 4, 2020.  The instant Notice of Removal is being filed within 30 days of the

4831-6105-4933.3 051918.1393

date on which Defendant was served with the Summons and Complaint in the Superior Court Action. 28 U.S.C. § 1446(b).

3. Attached as Exhibit B is a copy of the Notice of Filing of Notice of Removal, the original of which is being filed with the Providence County Superior Court. 28 U.S.C. § 1446(d).

## DIVERSITY JURISDICTION

4. This Court has diversity jurisdiction over the Complaint pursuant to 28 U.S.C. § 1332 because the parties are citizens of different states and the matter in controversy exceeds the sum or value of $75,000.

5. Vilbon alleges she is a resident of the State of Rhode Island.

6. Defendant is a corporation organized and existing under the laws of the State of Delaware, with a principal place of business in Brentwood, Tennessee.

7. Although the Complaint does not specify the precise amount of damages sought, the amount in controversy in this case exceeds $75,000. Vilbon seeks to recover financial harm, emotional distress, attorneys' fees, expert witness fees, costs, and punitive damages. See Compl. ¶¶ 29, 34, 39, and the Paragraph following ¶ 39.

8. Inasmuch as Vilbon claims she was constructively discharged as of December 12, 2017, Compl. ¶¶ 19, 24, her back pay claim alone, using an annual salary of approximately $51,000 per year[1], exceeds $75,000.

9. Because the requirements for diversity jurisdiction are satisfied, this Court has jurisdiction over all claims and parties pursuant to 28 U.S.C. § 1332(a). The Complaint is properly removed pursuant to 28 U.S.C. §§ 1441 and 1446.

---

[1] Plaintiff was a non-exempt, part time, employee and only worked for Defendant for a few short weeks. She had a varying schedule during this time. The $50,000 annual salary is Defendant's approximation of what Plaintiff may have made in a year based on her actual hours during the period she worked for Defendant.

2

4831-6105-4933.3 051918.1393

## REMOVAL TO THIS DISTRICT IS PROPER

10. This Notice of Removal is being filed in the District of Rhode Island, the District Court of the United States for the district and division within which the Superior Court Action is pending. 28 U.S.C. §§ 1441(a) and 1446(a).

WHEREFORE, Defendant respectfully requests that this Action be removed to the United States District Court for the District of Rhode Island.

HB EMPLOYEE SERVICES, LLC,

By its attorneys,

/s/Jillian S. Folger-Hartwell
Jillian S. Folger-Hartwell (#6970)
Breegan Semonelli (#9800)
LITTLER MENDELSON, P.C.
One Financial Plaza, Suite 2205
Providence, RI  02903
(401) 824-2500
(401) 454-2969 (fax)
jfolgerhartwell@littler.com
bsemonelli@littler.com

Dated: January 4, 2021

3

4831-6105-4933.3 051918.1393

## CERTIFICATE OF SERVICE

I, Jillian S. Folger-Hartwell, hereby certify that a true and accurate copy of the foregoing document was filed and served electronically by operation of the Court's CM/ECF System upon the following counsel of record on this 4th day of January, 2021:

Richard J. Savage, Esq.
Savage & Savage
156 Airport Road
Warwick, RI 02889
richard@savageandsavage.com


/s/ Jillian S. Folger-Hartwell
Jillian S. Folger-Hartwell

4

4831-6105-4933.3 051918.1393