# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Carline Vilbon
Plaintiff,
v.                                                    Case No.: 1:21–cv–00003–JJM–PAS

HB Employee Services, LLC
Defendant.

## ORDER OF RECUSAL

I hereby recuse myself from participation in the above referenced matter.

It is so ordered.

January 4, 2021                                       By the Court:

/s/ William E. Smith
United States District Judge