UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **CARLINE VILBON,** *Plaintiff* | ) ) ) |
| *vs*. | ) ) ) |
| **HB EMPLOYEE SERVICES, LLC** *Defendant* | ) ) ) ) ) |

Civil Action No. 21-CV-00003-JJM-PAS

## STATUS REPORT

The above case is stayed pending arbitration. Defendant's attorney submitted list of arbitrators to Plaintiff's attorney of February 1, 2021.

Plaintiff responded to this list on May 12, 2021 and agreed to one of the names on the list.

Plaintiff's attorney apologizes for the delay and will proceed in a timely manner in the case going forward including coming up with a list of arbitrators if the arbitrator above in unable to do the arbitration.

| | |
|---|---|
| Respectfully submitted, By Plaintiff's Attorney, | Respectfully submitted, By Defendant's Attorney, |
| /s/ Richard J. Savage | /s/ Jillian Folger-Hartwell |
| Richard J. Savage (#5448) SAVAGE & SAVAGE 156 Airport Road Warwick, RI 02889 Telephone: (401) 732-9500 Fax: (401) 732-0166 richard@savageandsavage.com Dated: May 12, 2021 | Jillian Folger-Hartwell (#6970) LITTLER MENDELSON, P.C. One Financial Plaza, Suite 2205 Providence RI 02903 Telephone: (401) 824-2500 Fax: (401) 454-2629 jfolgerhartwell@littler.com Dated: May 12, 2021 |